# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

# VOLUNTARY PETITION

| IN RE: (Name of debtor - If individual, enter: Last, First, Middle)<br>**Weaver, Terri R.** | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years (inc. married, maiden, and trade names) | ALL OTHER NAMES used by joint debtor in the last 6 years (inc. married, maiden, and trade names |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**XXX-XX-9530** | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**932 Elder Rd.**<br>**Homewood, IL. 60430** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |
| COUNTY OF RESIDENCE/BUSINESS: **Cook** | COUNTY OF RESIDENCE/BUSINESS: |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if other than street address) | VENUE (Check one box)<br>[X] Debtor has been domiciled or has had a residence, principal place of business, or principal ass in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

TYPE OF DEBTOR (Check one box)
[X] Individual
[ ] Joint (Husband & Wife)
[ ] Partnership
[ ] Other

[ ] Corporation Publicly Held
[ ] Corporation Not Publicly Held
[ ] Municipality

NATURE OF DEBT (Check one box)
[X] Non-Business/Consumer       [ ] Business - Complete A&B below

A. TYPE OF BUSINESS (Check one box)
[ ] Farming
[ ] Professional
[ ] Retail/Wholesale
[ ] Railroad
[ ] Transportation
[ ] Manufacturing/ Mining
[ ] Stockbroker
[ ] Commodity Broker
[ ] Construction
[ ] Real Estate
[ ] Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION (Check one box)
[ ] Chapter 7
[ ] Chapter 9
[ ] Chapter 11
[ ] Chapter 12
[X] Chapter 13
[ ] Sec. 304

SMALL BUSINESS (Chapter 11 only)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (opt'l)

FILING FEE (Check one box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b): see Official Form No. 3

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
**Law Offices of Martin Y. Joseph**
**1541 W. Chicago Avenue**
**Chicago, Illinois 60622**

**Telephone No: (312)243-0050**
NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
**Martin Y. Joseph 11138**

## STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

[ ] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds avail. to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS (in thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100 |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | |

ESTIMATED LIABILITIES (in thousands of dollars)
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100 |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | |

EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/20/2004
Time: 15:14:11
Debtor: TERRI R WEAVER
Case: 04-46665    Fee : 194
Chapter: 13 Rec. # : 3116304
Judge: Pamela Hollis
341 mtg: 01/18/2005 @ 02:30PM
ConfHrg: 02/14/2005 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK46665-BK001

FORM 1.   VOLUNTARY PETITION – Page 2

Name of Debtor(s):   Terri R. Weaver

Case Number:

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

[X] A copy of debtor's proposed plan dated _____
is attached.

[ ] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| **See Attached Sheet** | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| **NONE** | | |
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

ATTORNEY   12/15/04

x _Morton J Joseph_
Martin Y. Joseph                                    Date

### INDIVIDUAL / JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

x _Terri R Sw_
Terri R. Weaver

_12/15/04_
Date

x **Not Applicable**
Signature of Joint Debtor

_____
Date

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

x **Not Applicable**
Signature of Authorized Individual

**Not Applicable**
Print or Type Name of Authorized Individual

**Not Applicable**
Title of Individual Authorized by Debtor to File this Petition

_____
Date

If the debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, Exhibit "B" has been completed.

x **Not Applicable**
Signature of Debtor                          Date

x **Not Applicable**
Signature of Joint Debtor                     Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed or Typed Name of Bankruptcy Petition Preparer

**Not Applicable**
Social Security Number

_____
Address

_____
Telephone

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

x **Not Applicable**
Signature of Attorney                         Date

Name and Social Security number of all other individuals who prepared or assisted in preparing this document:

**Not Applicable**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x **Not Applicable**
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

FORM 1.   VOLUNTARY PETITION – Page 3                    Name of Debtor(s):   Terri R. Weaver

Case Number: _____

| | | |
|---|---|---|
| **Northern District of Illinois** | **00 B 32911** | |
| **Richmond, Virginia** | **unknown** | **1988** |

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

In re:  Terri R. Weaver
XXX–XX–9530

Case No. _____

Chapter 13

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 2 | $ 13,710.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 12,288.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 1,013.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 16,681.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,399.53 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,248.00 |
| Total Number of sheets in ALL Schedules >> | | 14 | | | |
| Total Assets >> | | | $ 13,710.00 | | |
| Total Liabilities >> | | | | $ 29,982.00 | |

In re:  Terri R. Weaver                                    Case No. _____
         XXX-XX-9530

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | 0.00 | 0.00 |
| | | TOTAL | 0.00 | |

Schedule A - Page 1

In re:  Terri R. Weaver
        XXX-XX-9530

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | **Cash** | | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | **Checking Account Bank One** | | 350.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **Security Deposit with Landlord** | | 650.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | **Computer** | | 100.00 |
| | **Furniture, T.V. Set, Stereo** | | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | **Necessary Wearing Apparel** | | 200.00 |
| 7. Furs and jewelry. | NONE | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | **401k Pension** | | 8,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |

In re:  Terri R. Weaver                                          Case No. _____
        XXX-XX-9530

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property.  Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 1999 Pontiac Grand Prix | | 4,000.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested.  Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed.  Itemize. | NONE | | 0.00 |

TOTAL  »                          13,710.00

Schedule B - Page 2

In re: Terri R. Weaver
XXX-XX-9530

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[ ]  11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[X]  11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1999 Pontiac Grand Prix | 735 ILCS 5/12-1001(c) | 1,200.00 | 4,000.00 |
| 401k Pension | 735 ILCS 5/12-1006 | NO LIMIT | 8,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | 10.00 | 10.00 |
| Checking Account Bank One | 735 ILCS 5/12-1001(b) | 350.00 | 350.00 |
| Computer | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Furniture, T.V. Set, Stereo | 735 ILCS 5/12-1001(b) | 400.00 | 400.00 |
| Necessary Wearing Apparel | 735 ILCS 5/12-1001(a),(e) | 200.00 | 200.00 |
| Security Deposit with Landlord | 735 ILCS 5/12-1001(b) | 650.00 | 650.00 |

In re:  Terri R. Weaver                                                Case No. _____
        XXX-XX-9530

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. 000000422105                     **NO** <br> **Household Automotive Finance Corp.** <br> **P.O. Box # 17904** <br> **San Diego, CA. 92177** | | | **Security Agreement** <br><br> 1999 Pontiac Grand Prix <br> 115,000 miles <br><br> VALUE $            3,310.00 | | 12,288.00 | 8,978.00 |
| | | | Subtotal <br> (Total of this page) | | 12,288.00 | |
| | | | TOTAL | | 12,288.00 | |

Schedule D - Page 1 of 1

In re:  Terri R. Weaver
       XXX–XX–9530

Case No. _____

# Schedule E - Creditors Holding Unsecured Priority Claims

[ ]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

[ ]  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

[ ]  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ]  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ]  **Deposits by individuals**

    Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

[ ]  **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[X]  **Taxes and Other Certain Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  **Other Priority Debts**

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: Terri R. Weaver
XXX-XX-9530

Case No. _____

# Schedule E - Creditors Holding Unsecured Priority Claims

### TYPE OF PRIORITY: Taxes and other certain debts owed to governmental units

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCT. NO. | | NO | | | | |
| Internal Revenue Service<br>P.O. Box # 745<br>District Director<br>Chicago, Illinois 60690 | | | 2002 Income Tax underpayment | | 1,013.00 | 950.00 |

Subtotal
(Total of this page)                1,013.00

TOTAL »                1,013.00

In re: Terri R. Weaver
XXX-XX-9530

Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO.     NO<br>A T & T<br>Bankruptcy Dept. Attn: Linda Adams<br>6021 S. Rio Grande Ave. 1st Floor<br>Orlando, FL. 32859 | | | Telephone Services | | 139.00 |
| ACCT. NO.     NO<br>Americash<br>C/o Alliance Asset Management<br>330 George Town Square Suite 104<br>Wood Dale, IL. 60191 | | | Payday loan | | 1,368.00 |
| ACCT. NO.     NO<br>Cardiac Consulting Group SC<br>4647 W. Lincoln Hwy<br>Matteson, IL. 60443 | | | | | 252.00 |
| ACCT. NO. 8503735244     NO<br>First Consumers National Bank<br>C/o Midland Credit Management Inc.<br>P.O. Box # 930019<br>San Diego, CA. 92193-9019 | | | Credit Card Purchases | | 552.00 |
| ACCT. NO. 5433628736024674     NO<br>First Premier<br>C/o Arrow Financial Services<br>5996 W. Touhy Ave.<br>Niles, IL. 60714 | | | Credit Card Purchases | | 461.00 |
| ACCT. NO. 27605236     NO<br>Ford Credit Corp.<br>P.O. Box # 55000<br>Detroit, Mich 48255 | | | Repossessed Vehicle | | 5,029.00 |
| ACCT. NO. 200201599699     NO<br>Medical Recovery Specialist Inc.<br>2200 E. Devon Suite 288<br>Des Plaines, IL. 60018 | | | Medical Services | | 3,128.00 |

Subtotal
(Total of this page)     10,929.00

In re:  Terri R. Weaver                                                  Case No. _____
        XXX-XX-9530

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 5852015    NO<br>Midwest Emergency Association<br>C/o Illinois Collection Services<br>P.O. Box # 646<br>Oak Lawn, IL. 60454-0646 | | | Medical Services | | 774.00 |
| ACCT. NO.    NO<br>Mutual Hospital Services<br>P.O. Box # 19828<br>Indianapolis, IN. 46219-0828 | | | Medical Services<br>St. James Hosp &<br>Health Center | | 150.00 |
| ACCT. NO. 19CWO    NO<br>Nicor Gas<br>C/o NCO Financial Systems Inc.<br>507 Prudential Road<br>Horsham< PA. 19044 | | | Gas Services | | 310.00 |
| ACCT. NO. 7112248    NO<br>Q.V. Inc.<br>C/o Illinois Collection Servcies<br>P.O. Box # 646<br>Oak Lawn, IL. 60456-0646 | | | | | 59.00 |
| ACCT. NO. 8 G644667    NO<br>South Suburban Cardiology<br>4647 W. Lincoln Highway<br>Matteson, IL. 60443 | | | Medical Services | | 513.00 |
| ACCT. NO.    NO<br>The University of Chicago Hospitals<br>1122 Paysphere Circle<br>Chicago, Illinois 60674 | | | Medical Services | | 2,416.00 |
| ACCT. NO. 5575727    NO<br>University of Chicago Physicians Group<br>C/o Illinois Collection Services<br>P.O. Box # 646<br>Oak Lawn, IL. 60454-0646 | | | | | 1,072.00 |

Subtotal
(Total of this page)                5,294.00

In re: Terri R. Weaver                                      Case No. _____
XXX-XX-9530

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO.              NO<br>**University of Chicago Regional Doctors Offices<br>C/o Illinois Collection Service Inc<br>P.O. Box # 646<br>Oak Lawn, IL. 60454** | | | **Medical Services** | | 65.00 |
| ACCT. NO. 1414507      NO<br>**Wellgroup Health Partners<br>333 Dixie Highway<br>Chicago, Heights, IL. 60411-1748** | | | **Medical Services** | | 158.00 |
| ACCT. NO. 8871998      NO<br>**William B. Evans MD<br>C/o Van Ru Credit Corp.<br>10024 Skokie Blvd<br>Skokie, IL. 60076** | | | **Medical Services** | | 235.00 |
| | | | | Subtotal<br>(Total of this page) | 458.00 |
| | | | | TOTAL | 16,681.00 |

In re: Terri R. Weaver
XXX-XX-9530

Case No. _____

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

In re:  Terri R. Weaver
        XXX-XX-9530

Case No. _____

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NONE** | |

In re:  Terri R. Weaver
        XXX-XX-9530

Case No. _____

# Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  41<br>Spouse's Age: | NAMES<br>**Josef** | AGE<br>21 | RELATIONSHIP<br>Son |
| EMPLOYMENT: | DEBTOR | SPOUSE | |
| Occupation | **Statistical Reporting Specialist** | | |
| How long employed | **1 1/2 years** | | |
| Name and Address of Employer | **Pronational Insurance Company<br>2525 Cabot Dr.<br>Lisle, IL. 60532** | | |

Income:  (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 5,245.06 | $ |
| Estimated monthly overtime | $ | 0.00 | $ |
| SUBTOTAL | $ | 5,245.06 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a.) Payroll taxes and social security | $ | 1,269.04 | $ |
| b.) Insurance | $ | 234.62 | $ |
| c.) Union dues | $ | 0.00 | $ |
| d.) Other  **401k** | $ | 262.25 | $ |
|  **401k loans** | $ | 79.62 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,845.53 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,399.53 | $ |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | 0.00 | $ |
| Income from real property | $ | 0.00 | $ |
| Interest and dividends | $ | 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| Social security or other government assistance (Specify) | $ | 0.00 | $ |
| Pension or retirement income | $ | 0.00 | $ |
| Other monthly income (Specify) | $ | 0.00 | $ |
| TOTAL MONTHLY INCOME | $ | 3,399.53 | $ |

TOTAL COMBINED MONTHLY INCOME  $    3,399.53

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

   NONE

In re: Terri R. Weaver
XXX–XX–9530

Case No. _____

# Schedule J - Current Expenditures Of Individual Debtor(s)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)          $       710.00
    Are real estate taxes included?      [ ] Yes  [x] No
    Is property insurance included?      [ ] Yes  [x] No

| | | |
|---|---|---:|
| Utilities: | Electricity and heating fuel | |
| | Water and sewer | $ 125.00 |
| | Telephone | $ 0.00 |
| | Other:      **Cable TV** | $ 175.00 |
| | | $ 50.00 |

| | |
|---|---:|
| Home Maintenance (Repairs and upkeep) | |
| Food | $ 20.00 |
| Clothing | $ 250.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 35.00 |
| Transportation (not including car payments) | $ 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 400.00 |
| Charitable contributions | $ 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | $ 50.00 |

| | | |
|---|---|---:|
| | Homeowner's or renter's | |
| | Life | $ 0.00 |
| | Health | $ 19.00 |
| | Auto | $ 0.00 |
| | Other:      **Renters** | $ 104.00 |
| | | $ 20.00 |

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)                                                                      $       0.00
Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan)
    Auto                                                     $       0.00
    Other:                                                   $       0.00

Alimony, maintenance, and support paid to others
Payments for support of additional dependents not living at your home          $       0.00
Regular expenses from operation of business, profession, or farm (attach stmt) $       0.00
Other:      **College Expenses for son**                                       $       0.00
                                                                               $     740.00

| | |
|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $   3,248.00 |

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $   3,399.53 |
| B.  Total projected monthly expenses | $   3,248.00 |
| C.  Excess income (A minus B) | $     151.53 |
| D.  Total amount to be paid into plan      **Monthly** | $     151.00 |

In re:  Terri R. Weaver
        XXX-XX-9530

Case No. _____

# Declaration Concerning Debtor's Schedules

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   13 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date  12/15/04

Signature  Terri R. Wea
           Terri R. Weaver

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. _____

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:    **Not Applicable.**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.11 U.S.C. § 110; 18 U.S.C. § 156.

---

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152 and 3571.

UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In re:  Terri R. Weaver
        XXX-XX-9530

Case No. _____
Chapter 13

# STATEMENT OF FINANCIAL AFFAIRS

None
[ ]

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 8,000.00 | **Wages** | 2002 |
| 60,000.00 | **Wages** | 2003 |
| 63,000.00 | **Wages** | 2004 |

None
[X]

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None
[X]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
**[X]**

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
**[X]**

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
**[ ]**

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Habitat For Humanity | Charity | Various | $500.00 |
| New Faith Baptist Church 25 S. Central Matteson, IL. | Church | Various | $600.00 |

**None**
**[X]**

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
**[ ]**

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Martin Y. Joseph 1541 W. Chicago Avenue Chicago, Illinois 60622 | | $150.00 + $194.00 Court Costs |

**None**
**[X]**

## 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
**[X]**

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
**[X]**

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

None
[X]

## 15. Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _12/15/04_

Signature _Terri R. Wea___
Terri R. Weaver

Statement of Financial Affairs - Page 3

UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In re: Terri R. Weaver
XXX-XX-9530

Case No.

Chapter 13

# STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), states that:

1)  The undersigned is the attorney for the debtor(s) in this case.

2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

   a)  for legal services rendered or to be rendered in contemplation of and in connection with this case    $_____1,500.00

   b)  prior to filing this statement, debtor(s) have paid    $_____150.00

   c)  the unpaid balance due and payable is    $_____1,350.00

3)  $_____194.00 of the filing fee in this case has been paid.

4)  The services rendered or to be rendered include the following:

   a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code.

   b)  Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the court.

   c)  Representation of the debtor(s) at the first meeting of creditors.

5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and *

   **NONE**

6)  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

   **NONE**

7)  The undersigned have not shared or agreed to share, with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid except as follows:

   **NONE**

Dated: _____

Martin Y. Joseph, Bar no: 11138
Attorney for Debtor(s)

* If a fee is paid by transfer of property or if security is taken, give details here and in appropriate section of Schedules or Statement of Affairs.