IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Weaver, Terri R | Case Number: 04 B 46665 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/16/08 | Filed: 12/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 11, 2008
Confirmed: June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,019.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,887.15 |
| Priority: | | 1,025.62 |
| Administrative: | | 1,850.00 |
| Trustee Fee: | | 256.23 |
| Other Funds: | | 0.00 |
| Totals: | 5,019.00 | 5,019.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin Y Joseph | Administrative | 1,850.00 | 1,850.00 |
| 2. | Portfolio Recovery Associates | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,025.62 | 1,025.62 |
| 4. | Portfolio Recovery Associates | Unsecured | 807.61 | 1,702.65 |
| 5. | Nicor Gas | Unsecured | 32.28 | 68.05 |
| 6. | Jefferson Capital | Unsecured | 55.24 | 116.45 |
| 7. | AT&T | Unsecured | | No Claim Filed |
| 8. | Americash Loans, LLC | Unsecured | | No Claim Filed |
| 9. | Cardiac Consulting Group | Unsecured | | No Claim Filed |
| 10. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 13. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 14. | Midwest Emergency | Unsecured | | No Claim Filed |
| 15. | Wellgroup Health Partners | Unsecured | | No Claim Filed |
| 16. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 17. | University of Chicago | Unsecured | | No Claim Filed |
| 18. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 19. | Q.V. Incorporated | Unsecured | | No Claim Filed |
| 20. | William B Evans MD SC | Unsecured | | No Claim Filed |
| 21. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| | | | $ 3,770.75 | $ 4,762.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Weaver, Terri R

Printed: 12/16/08

Case Number: 04 B 46665
Judge: Hollis, Pamela S
Filed: 12/20/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 26.07 |
| 5.5% | 56.65 |
| 5% | 14.10 |
| 4.8% | 15.73 |
| 5.4% | 96.25 |
| 6.5% | 40.57 |
| 6.6% | 6.86 |
| | $ 256.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

